IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DAVID G. CAMPBELL, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 05-254-S-LMB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Currently pending before the Court is Respondent's Motion to Dismiss (Docket No. 8). In the interest of avoiding delay and because the Court conclusively finds that the decisional process would not be significantly aided by oral argument, the Court will address and resolve this pending motion without a hearing. Therefore, having carefully reviewed the record, and otherwise being fully advised, the Court enters the following Order.

**I.**

**MOTION TO DISMISS**

On October 27, 2005, Respondent brought a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficiency of service of process. (Docket No. 8). Federal Rule of Civil Procedure 4(i)(1)(A) requires that service upon the United States shall be made by, *inter alia*, delivering copies of the summons and complaint to the local United States Attorney. If the copies are mailed they must be sent by registered or certified mail. Fed. R. Civ. P. 4(i)(A).

**ORDER -1-**

In this case, the copies were sent by regular mail, neither registered nor certified.

Service must be effected within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). The Petition for Review was filed June 27, 2005. (Docket No. 1) The time for properly serving the pleadings ran October 25, 2005.

Although Petitioner consented to jurisdiction, the consent does not waive the defective service. Fed. R. Civ. P. 12(h)(1).

Dismissal without prejudice is an appropriate remedy for failure of proper service, unless Petitioner shows good cause for failure to serve. *Borzeka v. Heckler*, 739 F.2d 444 (9th Cir. 1984). Petitioner did not show good cause for failure to serve. Because proper service was not effected and can no longer be accomplished, and because Petitioner did not show good cause for failure to serve, Respondent's motion to dismiss is GRANTED.

## II.

## ORDER

In accordance with the conclusions stated above, IT IS HEREBY ORDERED that Respondent's Motion to Dismiss (Docket No. 8) is GRANTED.



DATED: **January 11, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

**ORDER -2-**